IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 04-C-0943-S |
| DAWN L. CASTLE, | )<br>)<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| LEAR CORPORATION, | )<br>)<br>) |
| Garnishee Defendant. | )<br>)<br>) |

ORDER GRANTING APPLICATION FOR WRIT OF GARNISHMENT

Upon reviewing the application for writ of garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of garnishment to the garnishee defendant, and its successors or assigns.

Entered this 31st day of January, 2008.

BY THE COURT:

Barbara B Crabb
~~JOHN C. SHABAZ~~
District Judge