IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-C-0943-S |
| DAWN L. CASTLE, | ) |
| Defendant, | ) |
| and | ) |
| LEAR CORPORATION, | ) |
| Garnishee Defendant. | ) |

ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on the defendant being permanently laid off due to the garnishee defendant closing its corporation at their Janesville, WI location,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this 9th day of January, 2009.

BY THE COURT:

Barbara B. Crabb
United States District Judge